IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HECTOR LIENDO | § |
| | § |
| Plaintiff, | § |
| | § CIVIL ACTION NO. 1:24-cv-00043 |
| vs. | § |
| | § |
| DEWALT INDUSTRIAL TOOL CO. AND | § |
| BLACK & DECKER (U.S.) INC., | § |
| | § |
| Defendants. | § |

## DEFENDANT BLACK & DECKER (U.S.) INC.'S
## NOTICE OF REMOVAL

Defendant Black & Decker (U.S.) Inc. ("BDUS"), improperly sued as Dewalt Industrial Tool Co. and Black & Decker (U.S.) Inc., hereby removes this action from the 445th District Court of Cameron County, Texas, to the United States District Court for the Southern District of Texas, Brownsville Division, pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1446, based on the following facts:

**I.   Background.**

1. Plaintiff Hector Liendo ("Plaintiff") commenced an action against BDUS in the 445th District Court of Cameron County, Texas, cause number 2024-DCL-00862.

2. The United States District Court for the Southern District of Texas, Brownsville Division, is the United States District and Division embracing the 445th Judicial District Court.  *See* 28 U.S.C. §§ 124(b)(4) and 1446(a).  Therefore, this action is properly removed to this Court.

3. Initial removal was preserved by filing it within 30 days of receipt by BDUS, "through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based" in compliance with 28 U.S.C. § 1446(b)(1). BDUS received a copy of the citation with the attached Petition on or about February 22, 2024 and thirty days have not elapsed. Therefore, this removal is timely.

4. Pursuant to LR81, attached to this Notice of Removal are the following documents:

    (a) All executed process in the case;

    (b) All pleadings and answers filed in state court;

    (c) The docket sheet;

    (d) An index of matters being filed; and

    (e) A list of all counsel of record, including addresses, telephone numbers and parties represented.

5. No orders have been signed by the state judge.

6. BDUS is serving written notification on all counsel of this Notice of Removal and filing a Notice of Filing Notice of Removal, attaching a copy of this Notice of Removal, with the state court.

7. This Court has original jurisdiction of this action under 28 U.S.C. § 1332(a) based on diversity of citizenship because this action is between citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Therefore, removal is proper under 28 U.S.C. § 1441(a).

**II.     There is Complete Diversity of Citizenship.**

8. According to Plaintiff's Original Petition ("Petition"), Plaintiff is a resident of Cameron County and, therefore, a citizen of Texas.[1]

9. Dewalt Industrial Tool Co. is an assumed name of Defendant BDUS and is not a separate legal entity capable of being sued. BDUS is, and was at the time this lawsuit was filed, a corporation organized under the laws of the State of Maryland with its principal place of business in the State of Maryland.[2]

10. Thus, this action is between citizens of different states over which this Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a), and it is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441(a)-(b).

**III.    The Amount in Controversy Exceeds $75,000.**

11. In the Petition, Plaintiff states that he "seeks monetary relief over $250,000 but not more than 1,000,000, excluding interest, statutory or punitive damages and penalties, and attorney's fees and costs."[3] Therefore, the amount in controversy requirement is satisfied.

**IV.     Conclusion and Prayer.**

For the foregoing reasons, the United States District Court for the Southern District of Texas has original diversity of citizenship jurisdiction of this matter. Therefore, BDUS respectfully requests that this Court assume full jurisdiction over this case as provided by law.

---

[1] Orig. Pet. ¶ 2.
[2] *See id.* ¶¶ 3-4.
[3] *Id.*, ¶ 5.

Respectfully submitted,

*/s/ Scott G. Edwards*
**SCOTT G. EDWARDS**
State Bar No. 06461480
Southern Bar No. 16666
sedwards@hartlinebarger.com
**DREW M. THOMAS**
State Bar No. 24086841
Southern Bar No. 3385921
dthomas@hartlinebarger.com
**HARTLINE BARGER LLP**
8750 North Central Expressway, Suite 1600
Dallas, Texas  75231
(214) 346-3729 (Edwards Direct Dial)
(214) 267-4229 (Edwards Direct Fax)
(214) 346-3778 (Thomas Direct Dial)
(214) 346-4278 (Thomas Direct Fax)

And

Jaime A. Saenz
Texas Bar No. 17514859
Southern District Admissions No. 7630
Email:  ja.saenz@rcclaw.com
**COLVIN, SAENZ, RODRIGUEZ & KENNAMER, L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520
Tel: 956-542-7441
Fax: 956-541-2170

**ATTORNEYS FOR DEFENDANT**
**BLACK & DECKER (U.S.) INC.**

## CERTIFICATE OF SERVICE

On the 20th day of March 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties pursuant to the Federal Rules of Civil Procedure.

*/s/ Scott G. Edwards*