United States District Court
Southern District of Texas
**ENTERED**
September 09, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR LIENDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:24-CV-043 |
| | § | |
| DEWALT INDUSTRIAL TOOL CO., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Court's Order and Opinion (Doc. 23), Final Judgment is entered in favor of Defendant Black & Decker (U.S.) Inc., as to all of Plaintiff Hector Liendo's causes of action. Plaintiff Hector Liendo takes nothing in this lawsuit against Black & Decker.

This is a final and appealable order.

Each party shall be responsible for its own fees and costs.

The Clerk of Court is directed to close this case.

Signed on September 9, 2025.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge